**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA :
:
    - v. - : **UNSEALING ORDER**
:
: 08 Cr. 331
ASQUITH REID, and :
JOYCINTH ANDERSON, a/k/a "Sue," :
:
:
:
           Defendants. :
:
- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 16 2008

       The United States of America, by Michael J. Garcia, United States Attorney for the Southern District of New York, and Katherine Lemire and Rua M. Kelly, Assistant United States Attorneys, of counsel, hereby make this application to this Court for an Order to unseal the Indictment in the above-captioned matter.

                          MICHAEL J. GARCIA
                          United States Attorney
                          Southern District of New York

          By: _____
               Katherine Lemire/Rua M. Kelly
               Assistant United States Attorneys
               Southern District of New York
               (212) 637-2532/2471

IT IS SO ORDERED:

Dated: New York, New York
      April __, 2008

                        _____
                        UNITED STATES MAGISTRATE JUDGE
                        SOUTHERN DISTRICT OF NEW YORK

APR 1 6 2008

                    Debra Freeman
             United States Magistrate Judge
              Southern District of New York

0293