

APR 1 7 2008

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 17, 2008

**By Hand**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4-17-08

Re:    **United States v. Asquith Reid et al.**
       **08 Cr. 331 (VM)**

Dear Judge Marrero:

Yesterday, a federal grand jury returned an indictment against the defendants in the above-captioned case. Both defendants were arraigned yesterday before Magistrate Judge Debra Freeman after the matter was referred by the Court, and time was excluded until April 25, 2008.

The parties respectfully request that the pre-trial conference in this matter be scheduled for Aprl 25, 2008 at 3:30 p.m., or at another time convenient to the Court.

Thank you in advance for your consideration of this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Katherine Lemire/Rua M. Kelly
Assistant United States Attorney
(212) 637-2532/2471

Request GRANTED. A status conference herein is scheduled for 4-25-08 at 3:30 p.m. to address the matter described above by the Government.

SO ORDERED.

4-17-08
DATE          VICTOR MARRERO, U.S.D.J.

cc:    Michael Marinaccio, Esq., Counsel to Asquith Reid
       Elizabeth E. Macedonio, Esq., Counsel to Joycinth Anderson