

CR-12 (Rev. 5/03)

# WARRANT FOR ARREST

**United States District Court**

DISTRICT: SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

JOYCINTH ANDERSON, a/k/a "Sue"

DOCKET NO. 08 CRIM.    MAGISTRATE'S CASE NO. 331

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:

JOYCINTH ANDERSON, a/k/a "Sue"

WARRANT ISSUED ON THE BASIS OF:
☐ Order of Court
X Indictment   ☐ Information   ☐ Complaint

DISTRICT OF ARREST:

TO: United States Marshal or Any Other Authorized Officer

CITY:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conspiracy to Commit Mail Fraud and Money Laundering

IN VIOLATION OF — UNITED STATES CODE TITLE 18 — SECTION 1349

BAIL: 

OTHER CONDITIONS OF RELEASE:

ORDERED BY: Debra Freeman, United States Magistrate Judge, Southern District of New York

SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE): [signature]

DATE ORDERED: 4/15/08

CLERK OF COURT:   (BY) DEPUTY CLERK:   DATE ISSUED:

### RETURN

This warrant was received and executed with the arrest of the above-named person.

DATE RECEIVED: 4/16/08
DATE EXECUTED: 4/16/08

NAME AND TITLE OF ARRESTING OFFICER: SHEILA NICKENS THOMAS — Supervisory Criminal Investigator

SIGNATURE OF ARRESTING OFFICER: [signature] Sheila Nickens

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.