UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v.-

ASQUITH REID, and
JOYCINTH ANDERSON,
a/k/a "Sue,"

        Defendants.

S1 08 Cr. 331 (VM)

**NOTICE OF APPEARANCE**

---

    **PLEASE TAKE NOTICE** that John W. Moscow, of Baker & Hostetler LLP, with offices located at 45 Rockefeller Plaza, New York, New York 10111, hereby appears on behalf of Defendant Asquith Reid, in the above-captioned action. We request that all pleadings, papers and correspondence be served upon Defendant's counsel at this address.

Dated:  New York, New York
         August 21, 2008

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: _/s/ John W. Moscow_
John W. Moscow (JW-9846)
45 Rockefeller Plaza
New York, NY 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
Email Address: jmoscow@bakerlaw.com

*Attorneys for Defendant Asquith Reid*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd of August, 2008, a copy of the foregoing

**DEFENDANT'S NOTICE OF APPEARANCE- for ATTORNEY JOHN W. MOSCOW**

was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system, as well as by U.S. First Class Mail on the following:

>Philip F. Foglia, Esq.
>Culleton Marinaccio & Foglia
>245 Main Street
>White Plains, NY 10601

>_____
>Theresa Blaber
>Paralegal